IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL REED, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-3866-O |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Summary Judgment (ECF No. 18) is **GRANTED**, Defendant's Motion for Summary Judgment (ECF No. 19) is **DENIED**, the Commissioner's decision is **REVERSED**, and the case is **REMANDED** for further proceedings as set out herein.

**SO ORDERED** on this **23rd day** of **September, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE